Representing Management Exclusively in Workplace Law and Related Litigation

jackson lewis.

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HONOLULU, HI
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI
MINNEAPOLIS, MN
MONMOUTH COUNTY, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH, NC
RAPID CITY, SD
RICHMOND, VA
SACRAMENTO, CA
SALT LAKE CITY, UT
SAN DIEGO, CA
SAN FRANCISCO, CA
SAN JUAN, PR
SEATTLE, WA
SILICON VALLEY, CA
ST. LOUIS, MO
TAMPA, FL
WASHINGTON DC REGION
WHITE PLAINS, NY

MY DIRECT DIAL IS: (212) 545-4054
MY EMAIL ADDRESS IS: JOHN.SNYDER@JACKSONLEWIS.COM

August 21, 2020

**VIA ECF**
The Honorable Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

**Re: Franck Bertoneche v. Forge Global, Inc. et al.; 1:20-cv-06244-LJL**

Dear Judge Liman:

We represent Defendants Forge Global, Inc., Sohail Prasad, Samvit Ramadurgam and Kelly Rodriques (collectively, "Defendants") in connection with the above-referenced matter.

Defendants removed this matter on August 7, 2020 pursuant to 28 U.S.C. § 1332 based on Plaintiff's Summons with Notice without complaint in New York State Supreme Court, New York County. However, based on facts learned after the filing of the Notice of Removal, Defendants respectfully request that this case be remanded to the Supreme Court for the State of New York, County of New York. Specifically, Defendants were informed by counsel that Plaintiff obtained his United States citizenship earlier this year. Consequently, this Court does not have diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. See Cresswell v. Sullivan & Cromwell, 922 F.2d 60, 69 (2d Cir. 1990).

Thank you for your attention and consideration of these matters.

Respectfully submitted,

*John A. Snyder*
John A. Snyder

cc: Maria Chickedantz, Esq. (via ECF)
Katherine Di Prisco, Esq. (via ECF)

4816-6828-3848, v. 1